Maudelene H. STRICKLAND, Appellant,

v.

John W. GARDNER, Secretary of the Department of Health, Education and Welfare, Appellee.

No. 12270.

United States Court of Appeals
Fourth Circuit.

Submitted on Briefs June 18, 1968.

Decided June 21, 1968.

John Bolt Culbertson, Greenville, S. C., on brief for appellant.

Edwin L. Weisl, Jr., Asst. Atty. Gen., Klyde Robinson, U. S. Atty., and Thomas F. Batson, Asst. U. S. Atty., on brief for appellee.

Before SOBELOFF, BOREMAN and BUTZNER, Circuit Judges.

PER CURIAM:

We agree with the District Judge's conclusion that there was substantial support for the Secretary's action denying the claimed benefits. The judgment of the District Court is therefore

Affirmed.

Rector SIMMONS, Jr., and Rose Simmons, Appellants,

v.

The HOUSING AUTHORITY OF the CITY OF WEST HAVEN, CONNECTICUT, Appellee.

Nos. 553, 554, Dockets 32343, 32344.

United States Court of Appeals
Second Circuit.

Argued June 19, 1968.

Decided July 10, 1968.

Joseph M. Shortall, New Haven, Conn. (Joanne S. Faulkner, Francis X. Dineen, New Haven, Conn., of counsel), for appellants.

E. Michael Heffernan, West Haven, Conn. (Philbin, Donahue & Votto, West Haven, Conn., of counsel), for appellee.

Before MOORE and FRIENDLY, Circuit Judges, and BRYAN,* District Judge.

PER CURIAM:

In the light of the decision of the Supreme Court of Connecticut denying the petition for certification in West Haven Housing Authority v. Simmons, Jr. et al., 243 A.2d 83 (June 25, 1968), the appeal is dismissed as moot. The stay previously issued shall remain in effect for fifteen days.

---

* Of the Southern District of New York, sitting by designation.